The People of the State of New York ex rel. Byram L. Winters, Petitioner, v. Edward W. Eaton and Others, Individually and as Members of the Board of Supervisors in and for the County of Tioga, and Another.— Motion denied on the ground that the court has no jurisdiction to grant the writ asked for.

Gardiner Stewart, Respondent, v. Eclipse Bicycle Company and Others,

Appellants, Impleaded with Others.— Judgment unanimously affirmed, with costs.

Union Free School District No. 1 of the Town of Queensbury, Warren County, New York, Appellant, Respondent, v. John Mack and Anna M. Dougrey, Respondents, Appellants.— Order reversed and award of commissioners confirmed, without costs to either party. The court determines that even upon the assumption that the value of the liquor tax certificate should be included in the value of the premises, nevertheless the award is adequate. All concurred.